UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TALIV ALI,

                          Plaintiff,

     v.                                  9:08-cv-974

BRIAN FISCHER, et al,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       By Decision & Order dated September 28, 2009, the Court adopted the Report-Recommendation in this matter and dismissed Plaintiff's Complaint in its entirety. Judgment was entered that same day. On December 28, 2009, Plaintiff filed various documents, the substance of which is difficult to decipher. It appears that Plaintiff complains of his transfer to and treatment in a psychiatric center. This treatment appears to have been the subject of state court litigation. Because the issue of Plaintiff's transfer to and treatment in a psychiatric center is unrelated to the allegations asserted in his federal Complaint[1] and his papers do not otherwise appear to raise any grounds for relief under Fed. R. Civ. P. 60 or otherwise, any requests for relief in the December 28, 2009 filing (Dkt. No. 33) is DENIED.

IT IS SO ORDERED.

---

[1] Plaintiff's Complaint alleged that prison official lost or intentionally disposed of some of his personal property and that this violated his rights as protected by the First and Fourteenth Amendments.

Dated: December 30, 2009

                                                  Thomas J. McAvoy
                                                  Senior, U.S. District Judge